[Cite as *Redfern v. S. Ohio Correctional Facility*, 2010-Ohio-199.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JAMES REDFERN

     Plaintiff

     v.

SOUTHERN OHIO CORRECTIONAL FACILITY

     Defendant

     Case No. 2008-08671

Judge Alan C. Travis
Magistrate Matthew C. Rambo

JUDGMENT ENTRY

{¶ 1} On November 24, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
ALAN C. TRAVIS
Judge

cc:

Stephanie D. Pestello-Sharf                James Redfern, #476-478
Assistant Attorney General                 Ohio State Penitentiary
150 East Gay Street, 18th Floor            878 Coitsville-Hubbard Road
Columbus, Ohio 43215-3130                  Youngstown, Ohio 44505

RCV/cmd
Filed January 7, 2010
To S.C. reporter January 25, 2010